IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUSTEES OF STATE BAR OF CALIFORNIA,<br><br>        Defendant. | Case No. 22-mc-80028-CRB<br><br>**ORDER RETURNING COMPLAINT TO PLAINTIFF** |

    Plaintiff Hung Ha was declared a vexatious litigant by Magistrate Judge Larson on July 29, 2010. Ha v. U.S. Atty. Gen., 2010 WL 3001224 (N.D. Cal. 2010). Judge Larson ordered that "any future civil pro se filing by Plaintiff in this district shall be subject to pre-filing review by a judge of this Court." Id. at *5.

    The Court has reviewed Plaintiff's complaint and finds that the claims are frivolous. Plaintiff seems to allege that the California State Bar's alleged refusal to manually send him a fee payment form violates the American Disabilities Act, Social Security Act, and the First, Fourth, and Eighth Amendments. Construing the complaint liberally, the Court is unable to discern any support for these causes of action.

    Because Plaintiff's proposed complaint is frivolous, leave to file is DENIED. The Clerk of the Court is ordered not to file the complaint. Plaintiff's application to proceed in forma pauperis is DENIED as moot. No further filings shall be entertained in this case.

    **IT IS SO ORDERED.**

Dated: February 11, 2022

CHARLES R. BREYER
United States District Judge